United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE BURNS, et al.,<br>Plaintiffs,<br>v.<br>AMAZON.COM SERVICES LLC, et al.,<br>Defendants. | Case No. 26-cv-03060-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Scott v. Golden State FC, LLC*, No. 4:21-cv-02147-HSG.

**IT IS SO ORDERED.**

Dated: July 28, 2026

EUMI K. LEE
United States District Judge